UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22933-BLOOM/Otazo-Reyes

CAROLYN RUSSELL,

    Plaintiff,

v.

HALSTEAD FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related **Case No. 21-cv-61426-JEM**, and subject to the consent of the Honorable Jose E. Martinez, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Martinez for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 3, 2021.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, 21-cv-22933-JEM, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, on September 3, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record