IN THE COUNTY UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAROLYN RUSSELL,

    Plaintiff,

                                            CASE NO.:   Case 1:21-cv-22933

v.

HALSTED FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

## JOINT STATUS REPORT

Pursuant to the Court's Order Requiring Status Report (Doc. No. 15) the Parties hereby give notice of their intent and agreement to the consolidation for purposes of pre-trial proceedings and trial of the following matters:

1. *Steeves v. Halsted Financial Services, LLC*, No. 21-cv-61426 (Doc. No. 21)
2. *Kramer v. Halsted Financial Services, LLC*, No. 21-cv-21803 (Doc. No. 21)
3. *Russell v. Halsted Financial Services, LLC*, No. 21-cv-22933 (Doc. No. 16)
4. *Moran v. Halsted Financial Services, LLC*, No. 21-cv-23695 (Doc. No. 7)

As of the filing of this Status Report, Unopposed Motions to Consolidate have been filed in all four (4) matters. The delay in the filing of the Motions to Consolidate is the result of clerical error in office of Defendant's counsel.

                                                 Respectfully Submitted,

                                                 /s/ Thomas J. Patti
                                                 Thomas J. Patti, Esq.

                                                 /s/ Michael A. Gold
                                                 Michael A. Gold, LL.M.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2021, the foregoing Certificate of Interested Parties was delivered to all parties receiving CM/ECF Notices.

**WALTERS LEVINE PARISI & DEGRAVE**
601 Bayshore Boulevard, Suite 720
Tampa, Florida 33606
Phone: (813) 254-7474
Facsimile: (813) 254-7341

*/s/ Michael A. Gold*
**MICHAEL A. GOLD, LL.M.**
Florida Bar No. 71943
mgold@walterslevine.com
cmanganiello@walterslevine.com
awit@walterslevine.com