UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-61426-MARTINEZ

KARL STEEVES,

    Plaintiff/Counter-Defendant,

v.

HALSTED FINANCIAL SERVICES, LLC,

    Defendant/Counter-Plaintiff.
_____/

CASE NO.: 21-cv-81403-MARTINEZ

JACOB KRAMER,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,

    Defendant
_____/

CASE NO.: 21-cv-22933-MARTINEZ

CAROLYN RUSSELL,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.
_____/

CASE NO.: 21-cv-23695-MARTINEZ

ANAMARIA MORAN,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.

_____/

## ORDER CONSOLIDATING CASES

THIS CAUSE came before the Court upon a *sua sponte* review of the records in the above-captioned actions. Defendants Unopposed Motions to Consolidate in *Steeves v. Halsted Financial Services, LLC*, 21-cv-61426-MARTINEZ, (ECF No. 21); *Kramer v. Halsted Financial Services, LLC*, 21-cv-81403-MARTINEZ, (ECF No. 21); *Russell v. Halsted Financial Services, LLC*, 21-cv-22933-MARTINEZ, (ECF No. 16); and *Moran v. Halsted Financial Services, LLC*, 21-cv-23695-MARTINEZ, (ECF No. 7) (the "Motions to Consolidate"). A review of the above-caption actions reveals that Plaintiffs and Defendant are represented by the same respective counsel, Plaintiffs do not oppose the Motions to Consolidate, and the actions turn in large part upon the same operative facts and theories of law. The Court finds that consolidation of the above-captioned actions is appropriate for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a). Accordingly, it is

ORDERED AND ADJUDGED that:

1.     The above-captioned actions are CONSOLIDATED into one action for pretrial and trial purposes. All pleadings and filings in connection with the consolidated cases shall be filed in Case No. 21-cv-61426-MARTINEZ (the "Main Case").

2. The Clerk is DIRECTED to docket the following docket entries from Case No. 21-cv-23695-MARTINEZ in the Main Case: ECF Nos. 14 and 15.

3. The Clerk is DIRECTED to docket the following docket entry from Case No. 21-cv-81403-MARTINEZ in the Main Case: ECF No. 8.

4. All other pending motions in Case Nos.: 21-cv-81403-MARTINEZ, 21-cv-22933-MARTINEZ, and 21-cv-23695-MARTINEZ are DENIED AS MOOT.

5. The Clerk is DIRECTED to ADMINISTRATIVELY CLOSE Case Nos.: 21-cv-81403-MARTINEZ, 21-cv-22933-MARTINEZ, and 21-cv-23695-MARTINEZ.

6. A new scheduling order shall follow.

7. The Clerk of the Court is DIRECTED to file a copy of this Order in each of the above-captioned actions.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of December, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record